IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-126

CHARLES D. RICE, individually &
on behalf of all similarly situated,

    Plaintiff(s),

v.

AMERIFLEET TRANSPORTATION, INC.

    Defendant.

---

## Notice of Dismissal

---

    The Plaintiff, Charles D. Rice, dismisses his case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    Respectfully submitted this 24th day of March 2015,

                                          /s/ Bernard R. Mazaheri
                                          Bernard R. Mazaheri
                                          Texas Bar Number 24066628
                                          Florida Bar Number 643971
                                          Morgan & Morgan
                                          20 N Orange Ave Ste 1600
                                          Orlando, FL 32801
                                          Telephone – (407) 420-1414
                                          Email—BMazaheri@forthepeople.com

## Certificate of Service

    I hereby certify that a true and correct copy of the foregoing will be served on all counsel of record via CM/ECF on this 24th day of March 2015.

                                          /s/ Bernard R. Mazaheri
                                          Bernard R. Mazaheri